UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

CASE NO. 04-80791
HON. LAWRENCE P. ZATKOFF

v.

D-1 JOEL LAIRD,
D-2 MICHAEL WRIGHT.

          Defendants.
_____/

### ORDER TO STRIKE

On September 19, 2005, Plaintiff filed a Motion to Strike Defendant Joel Laird's September 7, 2005 "Writ for Habeas Corpus and Notice of Hearing." The Government asserts that defense counsel did not file the pleading, and that Defendant Laird signed the pleading on his own behalf. The Government argues that Defendant is not entitled to hybrid representation and that the Court should strike Defendant Laird's September 7, 2005 pleading. On September 27, 2005, defense attorney David Steingold, on behalf of Defendant Laird, filed a response and thereby joined in the Government's Motion to Strike.

Because the Motion is not opposed and because the Court finds the law cited in the Government's Motion to be persuasive, the Court HEREBY GRANTS Plaintiff's Motion to Strike. Accordingly, the Court HEREBY ORDERS the Clerk's Office to STRIKE Defendant Laird's September 7, 2005 "Writ for Habeas Corpus and Notice of Hearing."

IT IS SO ORDERED.

Date: October 3, 2005

 s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE