**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

              CASE NO. 04-80791
   Plaintiff,        HON. LAWRENCE P. ZATKOFF

v.

MICHAEL WRIGHT.

   Defendant.
_____/

## ORDER TO STRIKE

  On January 23, 2006, Defendant Michael Wright filed pleadings entitled "Surety Bond" and "Arbitration Award" as docket numbers 83 and 84. These pleadings were not properly filed by Defendant Wright's attorney. In addition, the Court finds that these pleadings are frivolous. For these reasons, the Court HEREBY ORDERS the Clerk's Office to STRIKE Defendant Wright's January 23, 2006 "Surety Bond" and "Arbitration Award."

  IT IS SO ORDERED.

             s/Lawrence P. Zatkoff
             LAWRENCE P. ZATKOFF
             UNITED STATES DISTRICT JUDGE

Dated: February 16, 2006

### CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 16, 2006.

             s/Marie E. Verlinde
             Case Manager
             (810) 984-3290